## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERTHA JOHNSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 21-1800 |

## ORDER

**AND NOW**, this 24ᵗʰ day of January 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) explicitly consider Plaintiff's treatment notes contained in Exhibits 11F and 13F and explain whether, in light of these notes, he would accept Dr. Yangs' opinions that Plaintiff is markedly limited in her ability to interact with supervisors, coworkers and the public and respond appropriately to usual work situations and changes in a routine work setting; and (2) if so, he shall reconsider Plaintiff's residual functional capacity.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge